IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| KENNETH O. McHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV01168 |
| | ) | |
| NORTH CAROLINA MUTUAL LIFE | ) | |
| INSURANCE CO., BURT COLLINS | ) | |
| ROBERT W. NORRIS, CARLTON | ) | |
| SPAULDING, CHARLES WELCH, | ) | |
| and FERRIS A. COLEMAN, | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

For the reasons stated in a Memorandum Opinion filed contemporaneously, it is ORDERED that Plaintiff Kenneth O. McHam's motions to amend the amended complaint [Docs. # 14, 25] are GRANTED, Mr. McHam's motions for default judgment as to individual defendants [Docs. # 16, 17, and 18] are DENIED as MOOT, Mr. McHam's motion requesting an FBI investigation into the matters contained in his amended complaint [Doc. # 43] is DENIED as MOOT, and Mr. McHam's motion to disqualify Mutual Life's counsel [Doc. # 51] is DENIED as MOOT.

North Carolina Mutual Life Insurance Co.'s Motions to Dismiss [Docs. # 7 and 22] are GRANTED as to the federal claims. The state law claims of the Second Amended Complaint are DISMISSED because the Court declines to exercise supplemental jurisdiction.

This the day of June 11, 2007

/s/ N. Carlton Tilley, Jr.
United States District Judge